**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LEATHER BROTHERS, INC.,

      Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 6:23-cv-439-WWB-LHP

SPRINGHAUS, LLC,

      Defendant.

## ORDER

The Court has been advised by the parties' Notice of Settlement, Voluntary Dismissal and Stipulated Injunction that the above-styled action has been completely settled.  (Doc. 29 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED without prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. To the extent the parties request the entry of a stipulated injunction, the request is **DENIED**. The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on May 12, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record